### No. 306

EISENZIMMER v. CONN. FIRE INS. CO.

Ohio Appeals, 9th Dist., Summit Co.

No. 877. Decided Dec. 11, 1924.

553. FIRE INSURANCE—

1. Legal title in another instead of insured not conclusive.

2. Question of ownership is one for jury under facts of case.

3. The question of whether there is a waiver of proof of loss is for the jury when it is made an issue of fact.

PARDEE, J.

This was an action by Eisenzimmer to recover $3,500 on a fire insurance policy. The deed to the premises was in the name of the plaintiff's wife. The court refused to permit evidence to show that plaintiff har furnished the consideration for the property, and directed a verdict for the defendants. In reversing the judgment, the court of appeals held:

1. The fact that the technical legal title to part of the property stood in the name of another was not conclusive and the plaintiff had the right to introduce competent evidence to show that the insured was such real owner as that the entire loss in case of fire would fall upon him.

2. The question as to whether the insured was the real owner was a question of fact for the jury.

3. Where the plaintiff sets up certain facts to show a waiver of proof of loss, evidence of so showing is admissible and the question as to whether the acts of the insurer constituted a waiver is for the jury.

Attorneys—May & May, for Eisenzimmer; and Mooney, Bibbee & Edmonds and Mather, Nesbitt & Willkie, for the Connecticut Fire Insurance Co.